UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br>   Plaintiff/Respondent, <br><br> vs. <br><br> DARREN D. CHAKER, <br><br>   Defendant/Petitioner. | ) Case No. SACV 08-0772-AG(RC) <br> ) <br> ) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Opinion and Order on a First Amended Petition for Habeas Corpus,

IT IS ADJUDGED that the First Amended Petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

DATE: September 30, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0772.JUD
9/26/08